AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Cinnabon Franchisor SPV LLC

             Plaintiff,

v.

Liquidchronic.com, LLC

             Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01855-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Cinnabon Franchisor SPV LLC and against defendant Liquidchronic.com, LLC as follows:

Defendant Liquidchronic.com, LLC, its respective officers, agents, servants, employees, and all persons acting in concert or participation with it are permanently enjoined from using plaintiff's CINNABON trademarks as set forth above, or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce, on any product or service, or in connection with any business, or for any other purpose (including on any of the defendant's products in any manner, on websites, or in any advertising).

Plaintiff Cinnabon Franchisor SPV LLC is awarded reasonable attorneys' fees and costs in the amount of $12,785.65.

  7/13/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk